VILLADARES, PLAINTIFF AND APPELLANT, *v.* JUNCOS CENTRAL
COMPANY, DEFENDANT AND APPELLEE.

APPEAL from the District Court of Humacao in an Action
of Debt.

No. 2076.—Decided June 1, 1920.

Decided on the grounds of the opinion delivered in the case of *Guzmán* v. *Juncos
Central Co., ante,* page 500.

*Mr. J. B. Huyke* for the appellant.

*Messrs. C. Hartzell* and *F. Ramírez de Arellano* for the
appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro,
Aldrey and Hutchison concurred.